M. C. O'BRIEN, INC., Respondent, v. RUGBY TRADING COMPANY, INC., Appellant.— Order and judgment reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the affidavits presented questions of fact on the vital issue as to whether the

parties had agreed on the terms of sale, which should have been submitted to the jury. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.